UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):** Center for Biological Diversity

**Defendant(s):** U.S. Fish and Wildlife Service ; Debra Haaland , Secretary of the U.S. Department of the Interior

County of Residence: Pima

County of Residence: Outside the State of Arizona

County Where Claim For Relief Arose: Outside the State of Arizona

Plaintiff's Atty(s):

**Sarah Uhlemann**
**Center for Biological Diversity**
2400 NW 80th Street, #146
Seattle, Washington  98117
206-327-2344

**Tanya Sanerib**
**Center for Biological Diversity**
2400 NW 80th Street, #146
Seattle, Washington  98117
206-379-7363

Defendant's Atty(s):

II. Basis of Jurisdiction:    2. U.S. Government Defendant

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff:- **N/A**
Defendant:- **N/A**

| | |
|---|---|
| <u>IV. Origin</u> : | **1. Original Proceeding** |
| <u>V. Nature of Suit</u>: | **893 Environmental Matters** |
| <u>VI.Cause of Action:</u> | **16 U.S.C. § 1533(b)(3); 5 U.S.C. § 706(2). Defendants' decision not to propose Endangered Species Act listing for seven species is unlawful.** |

<u>VII. Requested in Complaint</u>

    Class Action: **No**
    Dollar Demand:
    Jury Demand: **No**

<u>VIII</u>. This case **IS RELATED** to Case Number **4:21-cv-00251-RCC** assigned to Judge **Raner C. Collins.**

---

**Signature:** <u>s/ Sarah Uhlemann</u>

   **Date:** <u>11/19/2021</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014