Sarah Uhlemann (DC Bar No. 501328)*
Tanya Sanerib (DC Bar No. 473506)*
Center for Biological Diversity
2400 NW 80th Street, #146
Seattle, WA 98117
Phone: (206) 327-2344
Email:  suhlemann@biologicaldiversity.org
            tsanerib@biologicaldiversity.org

*Admitted Pro Hac Vice

Attorneys for Plaintiff Center for Biological Diversity

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
### TUCSON DIVISION

| | |
|---|---|
| Center for Biological Diversity,<br><br>       Plaintiff,<br><br>       v.<br><br>U.S. Fish and Wildlife Service, *et al.*,<br><br>       Defendants. | Case No. 4:21-cv-00470-RCC<br><br>**AFFIDAVIT OF SERVICE** |

I respectfully certify that service for the above-captioned case took place as described below, which included true and correct copies of each of the following documents:

| | |
|---|---|
| ECF No. 1 | Complaint |
| ECF No. 1-1 | Civil Cover Sheet |
| ECF No. 2 | Notice of Related Case |
| ECF No. 3 | Corporate Disclosure Statement |
| ECF Nos. 6 to 6-3 | Issued Summons |
| ECF No. 8 | Magistrate Consent Form |

On November 22, 2021, I caused the above-listed documents to be sent by certified mail, electronic return receipt requested, to the following parties:

U.S. Fish and Wildlife Service
1849 C Street NW
Washington, DC 20240

Secretary Debra Haaland
U.S. Department of the Interior
1849 C Street NW
Washington, DC 20240

Civil Process Clerk
U.S. Attorney's Office
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, AZ 85004-4449

Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

The U.S. Fish and Wildlife Service and Secretary Haaland received the documents on November 30, 2021. The Attorney General received the documents on December 1, 2021. We did not receive confirmation that the U.S. Attorney's Office received the initial service. On December 9, 2021, I caused the above-listed documents to again be sent by certified mail to the Civil Process Clerk at the U.S. Attorney's Office at the above-listed address. The U.S. Attorney's Office received the documents on December 13, 2021. Receipts and delivery confirmation are attached as Exhibit A.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

DATED this 14th day of December, 2021.        Respectfully submitted,

                                                                    s/ Sarah Uhlemann
                                                        Sarah Uhlemann (DC Bar No. 501328)*
                                                        Center for Biological Diversity
                                                        2400 NW 80th Street, #146
                                                        Seattle, WA 98117
                                                        Phone: (206) 327-2344
                                                        Email: suhlemann@biologicaldiversity.org

*Admitted Pro Hac Vice

Attorney for Plaintiff
Center for Biological Diversity

# Exhibit A



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20240

| Certified Mail Fee | $3.75 | | 0710 |
| --- | --- | --- | --- |
| | | | 02 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)  $ $0.00
☑ Return Receipt (electronic)  $ $1.85
☐ Certified Mail Restricted Delivery  $ $0.00        Postmark
☐ Adult Signature Required  $ $0.00                  Here
☐ Adult Signature Restricted Delivery $ $0.00

| Postage | $2.36 | |
| --- | --- | --- |
| Total Postage and Fees | $7.96 | 11/22/2021 |

Sent To   U.S. Fish & Wildlife Service
Street and   1849 C Street NW
City, Stat.   Washington, DC 20240

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

| Certified Mail Fee | | 0710 |
| --- | --- | --- |
| | | 02 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)  $ _____
☑ Return Receipt (electronic)  $ _____
☐ Certified Mail Restricted Delivery  $ _____        Postmark
☐ Adult Signature Required  $ _____                  Here
☐ Adult Signature Restricted Delivery $ _____

Postage
Total Postage and Fees

Sent To   Sec'y Debra Haaland, DOI
Street and Apt. No., or PO Box No.   849 C St NW
City, State, ZIP+4   Washington, DC 20240

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Phoenix, AZ 85004

| Certified Mail Fee | $3.75 | | 0710 |
| --- | --- | --- | --- |
| | | | 02 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)  $ $0.00
☑ Return Receipt (electronic)  $ $1.85
☐ Certified Mail Restricted Delivery  $ $0.00        Postmark
☐ Adult Signature Required  $ $0.00                  Here
☐ Adult Signature Restricted Delivery $ $0.00

| Postage | $2.36 | |
| --- | --- | --- |
| Total Postage and Fees | $7.96 | 11/22/2021 |

Sent To   Civil Process Clerk, US Attny's Office
Street and Apt. No., or PO Box No.   Two Renaissance Sq., 40 N. Central Ave
City, State, ZIP+4   Phoenix, AZ 85004-4449

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

| Certified Mail Fee | $3.75 | | 0710 |
| --- | --- | --- | --- |
| | | | 02 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)  $ $0.00
☑ Return Receipt (electronic)  $ $1.85
☐ Certified Mail Restricted Delivery  $ $0.00        Postmark
☐ Adult Signature Required  $ $0.00                  Here
☐ Adult Signature Restricted Delivery $ $0.00

| Postage | $2.36 | |
| --- | --- | --- |
| Total Postage and Fees | $7.96 | 11/22/2021 |

Sent To   Attorney General, Dept. of Justice
Street and Apt.   950 Pennsylvania Ave, NW
City, State, ZIP.   Washington, DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions



November 30, 2021

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7020 1810 0000 6030 7933**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | November 30, 2021, 1:29 pm |
| **Location:** | WASHINGTON, DC 20240 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
| --- | --- |
| **Weight:** | 7.0oz |

| Recipient Signature | |
| --- | --- |
| Signature of Recipient: | *Simmons* *Simmons* |
| Address of Recipient: | *20240* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



November 30, 2021

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7020 1810 0000 6030 7940**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | November 30, 2021, 1:29 pm |
| **Location:** | WASHINGTON, DC 20240 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| **Weight:** | 7.0oz |

| Recipient Signature |
|---|

| | |
|---|---|
| Signature of Recipient: | *Simmons* |
| Address of Recipient: | 20240 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



December 1, 2021

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number: **7020 1810 0000 6030 7988**.

| Item Details | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | December 1, 2021, 4:51 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| **Weight:** | 7.0oz |

| Recipient Signature |
|---|

| | |
|---|---|
| Signature of Recipient: | |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

The Mailbox & Business Service Center
Your Expert Shipping Store
and Neighborhood Postal Center
2400 NW 80th St. Seattle, WA 98117
206-789-7007 /206-789-5093 Fax
www.themailboxballard.com

Shipment----------------------------
    USPS Priority Flat-Rate
    Ship To:
        U.S. Attorney's Office
        Civil Process Clerk
        40 N CENTRAL AVE STE 1800
        TWO RENAISSANCE SQUARE
        PHOENIX, AZ 85004-4449
    Package ID: 403543          19.78
    Tracking #: 9402611108036830954790
    Certified              [$5.78]

    SUBTOTAL               19.78
    TAX                     0.00
    TOTAL                  19.78
TEND Square V/MC/AX/       19.78

Total shipments: 1
Sarah Uhlemann: Center for Biological Di
                             12/09/2021
#427648                      12:44 PM
Workstation: 0 - Master Workstation


All money back guarantees have been suspended du
        e to COVID-19 pandemic.

All duties and taxes imposed on international sh
  ipments are the responsibility of the receiver.


    *********************************
    We are celebrating our 26th year!
    facebook.com/themailboxballard
    *********************************



# USPS Tracking®

**Tracking**  |  **FAQs**

## Track Another Package  +

 **Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More

**Tracking Number:** 9402611108036830954790

Remove ☐

Your item was delivered to an individual at the address at 5:07 pm on December 13, 2021 in PHOENIX, AZ 85004.

**USPS Tracking Plus™ Available** ☐

## Status

☐ **Delivered, Left with Individual**

December 13, 2021 at 5:07 pm
PHOENIX, AZ 85004

**Get Updates** ☐

**Delivered**

**Text & Email Updates** ☐

**Tracking History** ☐

**USPS Tracking Plus™** ☐