# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity,<br><br>　　　　Plaintiff,<br><br>v.<br><br>United States Fish and Wildlife Service, et al.,<br><br>　　　　Defendants. | No. CV-21-00470-TUC-RCC<br><br>**ORDER** |

Pending before the Court is the parties' Stipulated Settlement Agreement. (Doc. 17.) Having reviewed the Stipulated Settlement Agreement, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**. (Doc. 17.)

**IT IS FURTHER ORDERED** that the parties comply with the terms outlined in the Stipulated Settlement Agreement, which is hereby incorporated by reference and entered into the record.

**IT IS FURTHER ORDERED**, in accordance with Paragraph 14 of the Stipulated Settlement Agreement, that this case is **DISMISSED WITH PREJUDICE**, but the Court retains jurisdiction to oversee compliance with the Stipulated Settlement Agreement. The Clerk of Court shall docket accordingly.

Dated this 8th day of August, 2022.

_____
Honorable Raner C. Collins
Senior United States District Judge